Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| | |
|---|---|
| **In re Debtor(s):** <br><br> Ronald Tormon Gonzales <br> aka Ronald T. Gonzales | Case No.: 10–35056 DM 13 <br> Chapter: 13 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Creditor Dilks & Knopik, LLC          CLAIM: 1,995.94

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: 1. Please submit a signed and notarized document from another officer of LHR Inc. that gives Lewis Wayne the authority to collect funds on behalf of the company.
2. Please submit original business cards of both officers of the company (LHR).

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 6/30/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: <u>5/31/16</u>          For the Court:

                                      Edward J. Emmons
                                      Clerk of Court
                                      United States Bankruptcy Court

                                      By: Chris Gundayao
                                        (415)268–2344
                                        Chris_Gundayao@canb.uscourts.gov